# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**HENTZEN COATINGS, INC., et al.,**
        Plaintiff/s,

  v.                                      Case No. 06-C-0568

**UTI UNITED STATES INC., et al.,**
        Defendants.

---

## MEMORANDUM

Defendant J & R Schugel Trucking filed a motion for summary judgment on January 28, 2008. Briefing schedules are set forth in Civil Local Rule 7.1 (E.D. Wis. 2001). Under Rule 7.1, plaintiffs' response to that motion should have been filed on or before February 27, 2008. Court records show that plaintiffs did not file any response to the defendant's motion.

Parties are expected to comply with the procedures and dates specified in the rule without involvement of the court. However, the court will allow plaintiffs additional time to file a response to the motion. Plaintiffs are hereby advised that failure to file any response to defendant's motion by May 14, 2008 will result in dismissal of their action with prejudice, pursuant to Civil Local Rule 41.3 (E.D. Wis.)[1] and Fed. R. Civ. P. 41(b).

Dated at Milwaukee, Wisconsin, this 23 day of April, 2008.

                                                  /s_____
                                                  LYNN ADELMAN
                                                  District Judge

---

[1] Civil L.R. 41.3 provides that when "it appears to the Court that the plaintiff is not diligently prosecuting the action, the Court may enter an order of dismissal with or without prejudice. Any affected party can petition for reinstatement of the action within 20 days."