UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**HENTZEN COATINGS, INC., et al.,**
      **Plaintiffs,**

  v.                                    Case No. 06-C-0568

**UTI UNITED STATES INC., et al.,**
      **Defendants.**

---

## ORDER

Defendant J & R Schugel Trucking filed a motion for summary judgment on January 28, 2008. Plaintiffs failed to respond to the motion. On April 23, 2008, I extended the time for plaintiffs to respond, warning them that failure to do so would result in dismissal of their case with prejudice. On May 5, 2008, counsel for plaintiffs notified the court by letter that the parties had reached a settlement and would soon file a document to that effect with the court. To date, however, the parties have filed no such document, nor have plaintiffs had any contact with the court since the May 5, 2008 letter.

**Therefore,**

**IT IS ORDERED** that plaintiffs shall notify the court in writing of the status of this matter by **August 11, 2008**. Failure to do so will result in dismissal of this case with prejudice pursuant to Civil Local Rule 41.3 (E.D. Wis.) and Fed. R. Civ. P. 41(b).

Dated at Milwaukee, Wisconsin this 31 day of July, 2008.

                                        /s
                                        LYNN ADELMAN
                                        District Judge